IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REBECCA PADOWITZ,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2942

Opinion filed January 9, 2017.

Petition for Writ of Habeas Corpus. Original Jurisdiction.

David Jay Bernstein, Deerfield Beach, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 DENIED.

WOLF, RAY, and MAKAR, JJ., CONCUR.